IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:24-cr-358-RAH |
| | ) | |
| CORNELIUS DEON SCOTT | ) | |

### **ORDER**

Pending before the Court is the Motion to Suppress (Doc. 28) filed by Defendant Cornelius Deon Scott. On May 30, 2025, the Magistrate Judge recommended that the Motion to Suppress should be denied. There are no objections to the Recommendation (Doc. 53). This Court has reviewed the record, including the parties' arguments and the transcript of the suppression hearing. Accordingly, it is

ORDERED as follows:

(1) The Recommendation of the Magistrate Judge is ADOPTED; and

(2) The Motion to Suppress is DENIED.

DONE, on this the 18th day of July 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE